**SEALED**

**FILED**

JUL 0 5 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

1  PHILLIP A. TALBERT
   United States Attorney
2  BRIAN A. FOGERTY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10 | IN THE MATTER OF THE APPLICATION | CASE NO. 2:17-SW-00590-KJN
11 | OF THE UNITED STATES OF AMERICA |
12 | Gold color Apple iPhone Plus, Sacramento Police Department property record 959279-001, currently located at Sacramento Police Department Property Warehouse, 555 Sequoia Pacific Blvd., Sacramento, California | [PROPOSED] ORDER RE: REQUEST TO SEAL DOCUMENTS
   |
   | **UNDER SEAL**

### SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant and search warrant affidavit underlying the search warrant in the above-entitled proceeding shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered by this Court.

Dated: July 5, 2017

_____
Hon. Kendall J. Newman
U.S. MAGISTRATE JUDGE

SEALING ORDER                         1